UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOE PUBLIUS,** | **1:16-cv-001152 LJO SKO** |
| **Plaintiff,** | **ORDER SEALING EXHIBIT A TO THE COMPLAINT (Doc. 1-1)** |
| v. | |
| **DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California,** | |
| **Defendant.** | |

Pending further order of the Court, Document 1-1 (Exhibit A to the Complaint) is ordered SEALED, as it contains content and subject matter the privacy of which is at the heart of this lawsuit. The Clerk of Court is directed to separate Exhibit A from the remainder of the Complaint and docket Exhibit A only as a separate docket entry UNDER SEAL.

IT IS SO ORDERED.

    Dated:   **August 5, 2016**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE

1