EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
eugene.volokh@gmail.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE PUBLIUS and DEREK HOSKINS, <br><br>             Plaintiffs, <br><br>     v. <br><br> DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California, <br><br>             Defendant. | Case No.: 1:16-CV-01152-LJO-SKO <br><br> **NOTICE OF REQUEST AND REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY** <br><br> Hearing Date:  April 27, 2017 <br> Hearing Time: 8:30 a.m. <br> Judge:   Hon. Lawrence J. O'Neill <br> Courtroom 4, Seventh Floor <br> Action Filed: Aug. 5, 2016 |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 27, 2017, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Lawrence J. O'Neill, United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, CA 93721, Plaintiffs will and hereby do request that the Court issue an order allowing Plaintiff Doe Publius to proceed pseudonymously.

This request shall be based on this notice of request and request, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate.

Pursuant to Local Rule 231(d)(3), Plaintiffs do not desire to present oral testimony at the hearing, and estimate the hearing will last no longer than one hour.

Dated:  March 29, 2017

/s/ Eugene Volokh
EUGENE VOLOKH
Attorney for Plaintiffs


BENBROOK LAW GROUP, PC


By /s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs