1  EUGENE VOLOKH (SBN 194464)
   UCLA School of Law
2  405 Hilgard Ave.
   Los Angeles, CA  90095
3  Telephone: (310) 206-3926
   Facsimile: (310) 206-7010
4  eugene.volokh@gmail.com

5  BENBROOK LAW GROUP, PC
   BRADLEY A. BENBROOK (SBN 177786)
6  STEPHEN M. DUVERNAY (SBN 250957)
   400 Capitol Mall, Suite 1610
7  Sacramento, CA  95814
   Telephone: (916) 447-4900
8  Facsimile:  (916) 447-4904
   brad@benbrooklawgroup.com
9  steve@benbrooklawgroup.com

10
   Attorneys for Plaintiffs
11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  DOE PUBLIUS and DEREK HOSKINS, | Case No.: 1:16-CV-01152-LJO-SKO |
| 17           Plaintiffs, | |
| 18      v. | **DECLARATION OF STEPHEN M. DUVERNAY IN SUPPORT OF REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY** |
| 19  DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California, | |
| 20 | |
| 21           Defendant. | Hearing Date:  April 27, 2017 |
| 22 | Hearing Time: 8:30 a.m. |
|    | Judge:   Hon. Lawrence J. O'Neill |
|    | Courtroom 4, Seventh Floor |
|    | Action Filed: Aug. 5, 2016 |

I, Stephen M. Duvernay, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney at Benbrook Law Group, PC, counsel of record for Plaintiffs Doe Publius and Derek Hoskins in this matter. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I was principally responsible for coordinating the briefing schedule for Plaintiffs' motion for preliminary injunction with Defendant's counsel. We began the meet-and-confer process in August 2016, shortly after filing suit. Ultimately, Plaintiffs filed the motion in December.

3. On March 9, 2017, Brad Benbrook and I had a meet-and-confer call with Defendant's counsel for the purpose of discussing the Joint Status Report, Dkt. 25. During the course of the discussion, we asked counsel what discovery the State thought it needed before proceeding to dispositive motions. In response, counsel said the State wanted to know, for example, whether Publius had "multiple felonies" or "assassination attempts."

4. On March 26, 2017, I e-mailed Defendant's counsel to discuss the scope of intended discovery in advance of filing Doe Publius's request to proceed pseudonymously. A true and correct copy of the e-mail is attached as Exhibit 1. On March 28, 2017, I received a response from Mr. Woocher detailing Defendant's current intentions regarding the scope of discovery. A true and correct copy of the e-mail is attached as Exhibit 2.

5. Attached as Exhibit 3 is a true and correct copy of the San Francisco Chronicle's online "Comments" page for Bob Egelko, Court sides with gun blogger who posted officials' contact info, S.F. Chronicle, Feb. 27, 2017, as accessed by me on March 27, 2017. The page is available online at http://www.sfgate.com/news/articleComments/Court-sides-with-gun-blogger-who-posted-10964363.php.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 29, 2017 in Sacramento, California.

/s/ Stephen Duvernay
STEPHEN M. DUVERNAY

# EXHIBIT 1

**Subject:** Publius v. Boyer-Vine - Anonymity and scope of discovery
**Date:** Sunday, March 26, 2017 at 9:20:03 AM Pacific Daylight Time
**From:** Steve Duvernay
**To:** Fredric Woocher
**CC:** Jenna Miara

Fred:

Brad asked that I follow up with you.  When you last corresponded with Brad on March 13, you indicated you would speak with your client early during the week of March 16.  Before filing the motion for Publius to proceed anonymously, we are asking again that you confirm what discovery the State believes it needs.  So far, you have indicated three areas of potential discovery:

1. Whether Publius has a criminal record;
2. Whether Wordpress took down the post as a result of the State's demand; and
3. Whether Publius, in fact, obtained the legislators' addresses from Zabasearch.

Please confirm by Monday whether the State still thinks it needs discovery on these subjects and whether the State believes it needs discovery on other subjects.  An informal email is sufficient; we are not asking for anything elaborate or time-consuming.

Thank you for your anticipated cooperation.

Steve
**Stephen Duvernay**
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
(916) 447-4900
steve@benbrooklawgroup.com

EXHIBIT 2

**Subject:** RE: Publius v. Boyer-Vine - Anonymity and scope of discovery
**Date:** Tuesday, March 28, 2017 at 6:27:41 PM Pacific Daylight Time
**From:** Fredric Woocher
**To:** Steve Duvernay
**CC:** Jenna Miara

Steve,

Sorry for not getting back to you sooner.  I'm juggling a couple of other matters this week with time deadlines, as well.

With respect to our contemplated discovery at this point in time, unless something unanticipated occurs in connection with or as a result of your motion to proceed anonymously, we do still believe that it is necessary and appropriate to take Doe Publius's deposition.  We are also considering taking Derek Hoskins' deposition, although there are obviously cost factors involved with him given his location, so we are postponing a final decision on him until we see what might turn up with our other discovery.  And as I previously mentioned, we are also still planning on taking third-party discovery from or related to WordPress, although it is possible that we might be able to obtain the necessary information by more informal means.

Your description below of the "three areas of potential discovery" is accurate, but incomplete.  I was asked by Brad what information we might seek to obtain through Publius's deposition, and off the top of my head, I mentioned those three general areas of potential inquiry as examples.  But each area of potential inquiry is much broader than you have described it below.  For instance, with respect to item 3, we would not be limiting the inquiry simply to whether or not Publius in fact obtained the legislators' addresses and phone numbers from zabasearch.com, but more generally as to what specifically he did to obtain that information, whether he had to pay anything to do so, how much time It took him to gather and compile the information, whether he did anything to check the accuracy of the information, whether he attempted to find the addresses by any other means, etc. – in sum, likely a series of questions relating to how he compiled the information and what his sources were.  Similarly, with respect to the first area of inquiry, we intend to inquire about Publius's background and credibility more generally, not solely as to whether he has a criminal record.  Nor, of course, would these be the only two (or three) topics that we would intend to inquire into in his deposition or in other discovery.

I do not mean to suggest that we believe that we require extensive questioning of Publius, and I would not anticipate that his deposition would take more than half a day, if that.  But he is a party to this case, he submitted a declaration, portions of which formed the basis for the Court's preliminary injunction ruling, and we are entitled if nothing else to test his credibility with respect to his factual assertions, as well as to explore whether he possesses any additional information that would be relevant to the case and to Defendant's defenses.

I hope that this provides you with the information you were asking for.  If not, please let me know.

Fredric D. Woocher
Strumwasser & Woocher LLP
10940 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90024
fwoocher@strumwooch.com
(310) 576-1233

**From:** Steve Duvernay [mailto:steve@benbrooklawgroup.com]
**Sent:** Sunday, March 26, 2017 9:20 AM
**To:** Fredric Woocher
**Cc:** Jenna Miara
**Subject:** Publius v. Boyer-Vine - Anonymity and scope of discovery

Fred:

Brad asked that I follow up with you.  When you last corresponded with Brad on March 13, you indicated you would speak with your client early during the week of March 16.  Before filing the motion for Publius to proceed anonymously, we are asking again that you confirm what discovery the State believes it needs.  So far, you have indicated three areas of potential discovery:

1.  Whether Publius has a criminal record;
2.  Whether Wordpress took down the post as a result of the State's demand; and
3.  Whether Publius, in fact, obtained the legislators' addresses from Zabasearch.

Please confirm by Monday whether the State still thinks it needs discovery on these subjects and whether the State believes it needs discovery on other subjects.  An informal email is sufficient; we are not asking for anything elaborate or time-consuming.

Thank you for your anticipated cooperation.

Steve
**Stephen Duvernay**
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
(916) 447-4900
steve@benbrooklawgroup.com

EXHIBIT 3

# Court sides with gun blogger who posted officials' contact info

◀ BACK TO ARTICLE

## COMMENTS

SFGATE welcomes a free exchange of ideas in the Comments section. We encourage commenters to help our moderators by flagging comments that threaten violence in any way, are spam, or use vulgarities including racist epithets or other obscene terms toward a specific group. Please read our **terms and conditions**.

You must be signed in to comment                                                                 SIGN IN

**(39) Comments**                                                                 powered by:



Write your comment here

Submit

Show: 10  |  20  |  50                                                  Newest ⬍

**Charles Horse**  Rank 2355

If they publish the names and districts in which the lawmakers serve, the address of their offices, and office phone numbers, that is enough information enable democratic opposition. The rest of it, their personal addresses and tel #s, only enables personal harassment and bait for crazies to engage in assassination. Guns can be used for many purposes from sports to self protection to physically intimidating others. The activity described in this article is about physically intimidating politicians - associating physical intimidation of politicians with gun rights is counterproductive unless you are promoting the replacement of democracy with a gun based power hierarchy.

« less

27 days ago (edited)   1 Like                                                  Like    Share



**arf1951**  Rank 8878

@Charles Horse I agree. Publishing the Reps home addresses is more like yelling "fire" in a crowded theater (which is not protected speech). I do not think this ruling will be upheld.

27 days ago   0 Likes                                                  Like    Share


**Berkeley_Tim**  Rank 410

An excellent ruling.

27 days ago   2 Likes                                                                 Like    Share

---


**enragedgorilla**  Rank 2815

We publish public employees names and yearly salary , Starting to publish the names of cops involved in shootings.
Why should we NOT know the names and how ELECTED officials vote?

Once you know the name , it is rather easy to get the rest of the information to contact them.

27 days ago   2 Likes                                                                 Like    Share

---

**Charles Horse**  Rank 2355

That is not the issue. The voting records were already public information. The action was to publish their home addresses and personal phone numbers. Their office addresses and work phone numbers are ALREADY public information - those are enough to enable democratic means to influence legislation. The purpose of publishing their home addresses and personal phone numbers is to enable personal physical intimidation.

27 days ago   0 Likes                                                                 Like    Share

---


**Xnavygunner3**  Rank 3433

The same ones upset about this are the ones who advocated publishing the names and addresses the backs of Prop 8.

27 days ago   3 Likes                                                                 Like    Share

---


**nautikos**  Rank 10257

Being a gun owner I have to laugh at you morons who think the gun restrictions California's politicians are putting in place is going to stop gun violence. It isn't the honest gun owners committing these crimes. The people committing these crimes couldn't care less about the gun restrictions because they are outlaws. Tell me what kind of laws are going to stop them other than enforcing existing laws already in place. Instead, the police do their jobs, the courts let them back out, sometimes the same day after being arrested. So tell me you idiots, how are gun restrictions going to stop this? They don't buy their guns and ammunition leagally. His is it working for Chicago? Some of the strictest laws in the nation. At last count nearly 90 murders from firearms since the first of the year. If someone can show me how these restrictions are preventing gun violence, I'll join the side of you morons. Until then, get educated before you start spouting off about gun owners.  « less

27 days ago   4 Likes                                                                 Like    Share

---


**youallmad**  Rank 2063

@nautikos the less guns in CA the less gun violence. It is simple statistics math any high school kid can add up. We have endless examples of how it works

27 days ago   0 Likes                                                                                    Like     Share



**malarkymonster**   Rank 312

Gun nuts love their toys and they love to threaten people.

27 days ago   3 Likes                                                                                    Like     Share



**imachadrool**   Rank 1339

@malarkymonster ....Your confused again.... Gang Bangers are not the same as law abiding gun owners

Progressives always refer to criminals as their talking points

27 days ago (edited)   2 Likes                                                                            Like     Share



**quielo**   Rank 2382

@malarkymonster like Antifa?

27 days ago   1 Like                                                                                      Like     Share



**Mattblum**   Rank 5066

@malarkymonster I certainly agree on your first allegation. You are wrong on the second, but 50% is better than normal, so I guess this can be considered a win.

27 days ago   0 Likes                                                                                    Like     Share



**twriter**   Rank 7210

"these tyrants are no longer going to be insulated from us." is the equivalent of shouting "fire" in a crowded theater.

27 days ago   2 Likes                                                                                    Like     Share



**Xnavygunner3**   Rank 3433

@twriter Stretch much?

27 days ago   2 Likes                                                                                    Like     Share



**Ranting_Reader**   Rank 120

Why don't they just publish this guy's home address and personal data? Seems like a good way to stop that.

27 days ago   0 Likes                                                                                    Like     Share



**mattyc**  Rank 275

Perhaps the gun blogger should post his personal information too.

27 days ago  1 Like  Like  Share



**mattyc**  Rank 275

@edgehead10075libertarian No, and since he's a weak little p**** he most certainly won't.

27 days ago  0 Likes  Like  Share



**onebeerhudson**  Rank 846

Why should it surprise anyone that liberal politicians who have no scruples about violating the Second Amendment would also violate the First Amendment? Good for these guys! This laws is unconstitutional on its face. It is a prior restraint on communication concerning elected officials gleaned from public records. It is not uncommon for demonstrators for various causes to hold demonstrations at the homes of politicians.

27 days ago  7 Likes  Like  Share



**Ranting_Reader**  Rank 120

@onebeerhudson Because this is threatening behavior. Maybe you should think a bit about it.

27 days ago  0 Likes  Like  Share



**onebeerhudson**  Rank 846

@Ranting_Reader Threatening with what? Nobody even advocated that these politicians have bad luck.

27 days ago  2 Likes  Like  Share



**ischlepp**  Rank 7806

@onebeerhudson And how scrupulous is it to defend gun ownership by citing a document (BofR) that's a list of 18th Century solutions to 18th Century problems? Belong to a well regulated militia? The US Constitution is obsolete. What hasn't been worked around is now moot. The guys who wrote the BofR didn't foresee corporations, military industrial complex, they didn't even foresee inflation. It's reasonable to presume that they didn't foresee the invention of the firearm cartridge. Why single out...   » more

27 days ago  0 Likes  Like  Share



**onebeerhudson**  Rank 846

@ischlepp If you think that the Constitution is obsolete there is a process in place to change it. The Constitution has been amended 17 times since the Bill of Rights. You need to follow the process that is in place instead of violating the law. With

regard to a militia, it makes no sense to have a Constitutional amendment so that government can have guns. At the time a militia was not a governmental organization. Ordinary citizens were called up to grab the weapon from over the fireplace and...   » more

26 days ago   1 Like                                                        Like    Share

---


**youallmad**   Rank 2063

Common sense says this ****** was trying to scare the pols with violence, but whatever. Don't back down CA and keep tightening gun restrictions, the future is gun free

27 days ago   4 Likes                                                       Like    Share

---


**tim_fenderer**   Rank 293

@youallmad

84 murders in Oakland in 2001
85 murders in Oakland in 2015

Yea, all those new gun laws are certainly making it a safer place.

27 days ago   7 Likes                                                       Like    Share

---


**DasItManeisback**   Rank 5624

@youallmad guess you missed all those stabbings that's been happening in SF lately. Boy this place sure does feel a whole lot safer already!

27 days ago   5 Likes                                                       Like    Share

---


**onebeerhudson**   Rank 846

@youallmad If you think that guns can be banned you are living in DO-DA land. The future is more guns. Pretty soon the Republican majority in both houses of congress will pass a law expanding Second Amendment rights cancelling the unconstitutional California restrictions pursuant to its Fourteenth Amendment enforcement powers.

27 days ago   3 Likes                                                       Like    Share

---


**Ranting_Reader**   Rank 120

@onebeerhudson They can be, and are. All over the world.

27 days ago   0 Likes                                                       Like    Share

---


**imachadrool**   Rank 1339

@youallmad ....Well felons are banned from having guns and yet they don't give a damn about the ban....so whats the plan to have criminals comply with a new and improved ban

27 days ago   3 Likes   Like   Share



**imachadrool**   Rank 1339

@Ranting_Reader ...what is the punishment in those countries if your caught with a gun? The answer is ....life with no parole. Lets try that here for a while and see if crime drops

27 days ago   1 Like   Like   Share



**ischlepp**   Rank 7806

@tim_fenderer You're right! The presence or absence of laws make no difference. It's the presence of the guns themselves that generates the danger - to everyone. Buying a gun thinking you're going to defend yourself is like buying a guitar thinking you'll be a musical success. In both situations you have to work hard and change your life in order to encounter the opportunities. American men own guns for ONE reason: They're worried about what's going on behind their zipper. Everything that comes...   » more

27 days ago   0 Likes   Like   Share



**Mattblum**   Rank 5066

@youallmad Only a future of tyranny awaits a population that can not defend itself. If this is what you want, you are free to disarm yourself now. Tyranny awaits!

27 days ago   0 Likes   Like   Share



**Mattblum**   Rank 5066

@ischlepp The manhood canard is popular with anti-gun people. It's also garbage. We shoot because it's fun. We are concerned with defense of person and family because the world isn't a safe place. It never will be, and we will always be concerned. However, if it makes you feel better to believe lies, please do so. Just don't assume that thinking people will share your credulity.

27 days ago   0 Likes   Like   Share



**youallmad**   Rank 2063

@Mattblum
The world is not safe and more guns do not help. I am resigned I will not see a gun free world but hopeful my children's children will be raised better. They deserve it and that is why we try

27 days ago   0 Likes   Like   Share



**ischlepp**   Rank 7806

Anyone else notice that the main difference between a gay leather magazine and a gun magazine - is the guns. Might fewer guns mean more active homosexuals?

27 days ago   0 Likes   Like   Share


**Mattblum**  Rank 5066

@ischlepp Ask the growing chapters of the Pink Pistols across the nation.

27 days ago   0 Likes                                                                                          Like    Share

---


**sushipizza**  Rank 6635

They must have something to hide and anti-gun should be considered as hate crime.

27 days ago (edited)   0 Likes                                                                                 Like    Share

---


**imachadrool**  Rank 1339

It seems putting a group of people on a public list is not popular when its their butts that land on a list

27 days ago   6 Likes                                                                                          Like    Share

---


**finnlandian**  Rank 1151

Of course, "Publius" himself hides behind anonymity to keep anyone from releasing his information. Yeah, he's a real Constitutional warrior there. Another coward whose sense of manhood comes from his weapon is more like it.

27 days ago   0 Likes                                                                                          Like    Share

---


**dweston**  Rank 350

Public Information

27 days ago   5 Likes                                                                                          Like    Share