EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
eugene.volokh@gmail.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE PUBLIUS and DEREK HOSKINS,<br><br>             Plaintiffs,<br><br>      v.<br><br>DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California,<br><br>             Defendant. | Case No.: 1:16-CV-01152-LJO-SKO<br><br>**DECLARATION OF DOE PUBLIUS IN SUPPORT OF REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY**<br><br>Hearing Date:<br>Hearing Time: 8:30 a.m.<br>Judge:   Hon. Lawrence J. O'Neill<br>Courtroom 4, Seventh Floor<br>Action Filed: Aug. 5, 2016 |

I, Doe Publius, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I maintain a political blog under the alias "The Real Write Winger," https://therealwritewinger.wordpress.com/, which I started in May 2016. The blog focuses on California politics, with a particular emphasis on criminal law, civil rights and liberties, and the right to keep and bear arms secured by the Second Amendment to the U.S. Constitution. In the ten months since starting the blog, more than 69,000 unique users have visited the site, yielding more than 90,000 page views. My posts have been accessed by online readers in 89 different countries.

3. In order to focus readers on the message—and out of fear of reprisal for being an outspoken advocate for Second Amendment rights in a time when those rights are strongly disfavored by many leaders of California government—I have taken multiple steps to preserve my anonymity. My readers know me only as Write Winger. I have refrained from posting anything at the blog that reveals my personal identity. I use a separate email address for blog-related business, with "Write Winger" appearing as my name in the "to" and "from" lines. My account with Word Press is through my "Write Winger" email, and I do not have a business account with Word Press, nor have I paid for services that would require me to divulge personal information. My Facebook and Twitter accounts are all identified as "Write Winger."

4. I do not make money from operating the blog. The site has no advertising and charges no fees of any kind.

5. In response to the controversy over the "Tyrant Registry" post and Defendant's takedown demands, I have received several hostile and harassing messages and comments on my site. For example:

- "Why don't you post your real name and address you fucking coward?"
- "Because you're a scared lil bitch. Internet warrior."
- "Stop being an asshole. And stop hiding behind a pseudonym like a coward. What's your address?"
- "Or you could post yours [address], I want to come over and talk."

Attached as Exhibit 1 are true and correct copies of these messages.

6.  I work as an employee for a large, publicly traded company. Based on my observations of my company's political activity, I fear that revealing my identity could adversely affect my employment and future opportunities with the company. Based on my employer's political sensitivities, I am certain I would be terminated if persons who disagree with this lawsuit begin criticizing my employer for employing me.

7.  As a result of the Legislative Counsel's actions, my speech critical of the government has been censored, and the State has compromised my ability to control the content of my own message. I have now chosen to pursue this case under a pseudonym in the hopes of vindicating my First Amendment rights. By demanding that I identify myself, the State is also altering the anonymous manner in which I have chosen to communicate to my online audience. In the event my identity is revealed, I fear that I will suffer significant harassment and social and economic retaliation.

8.  I have never been charged or convicted of a crime under state or federal law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 29, 2017 in California.

/s/ Doe Publius_____
DOE PUBLIUS
(original signature retained by counsel)

# EXHIBIT 1

**[therealwritewinger] Contact**   Inbox

Redacted @wordpress.com>   Tue, Feb 28, 2017 at 4:33 AM
Reply-To: Redacted @earthlink.net>
To: Redacted @gmail.com

Reply | Reply to all | Forward | Print | Delete | Show original

**Name:** Redacted

**Email:** Redacted @earthlink.net

**Website:**

**Comment:** Why don't you post your real name and address you fucking coward?

Time: February 28, 2017 at 12:33 pm
IP Address: Redacted
Contact Form URL: https://therealwritewinger.wordpress.com/contact/
Sent by an unverified visitor to your site.









**New comment waiting approval on therealwritewinger**



Redacted commented on **Victory for the Tyrant Registry!**

> *A statement regarding our victory in Doe Publius and Derek Hoskins v. California Legislative Counsel Diane Boyer-Vine: First ...*

Because you're a scared lil bitch. Internet warrior.

[Approve]   Trash | Mark as Spam

**More information about TacoTruck**

URL:
Email: @google.com
Whois: Redacted (IP: Redacted )





New comment waiting approval on therealwritewinger

Redacted commented on **Tyrants attack the 1st AND the 2nd**

> Silly tyrants, like Kim Kardashian's sex tape, the Internet is forever. You removed a post that had over 9000 views and +2500 ...

So your solution is to threaten to kill people who don't agree with you? People like you make more gun laws easy to pass. Stop being an asshole. You're the reason the Second Amendment is under assault. If you can't be a law-abiding gun owner and think killing people who don't agree is okay don't be surprised when they take your guns. And stop hiding behind a pseudonym like a coward. What's your address?

Approve | Trash | Mark as Spam

More information about Redacted

URL: Redacted
Email: Redacted @gmail.com
Whois: Redacted (IP: Redacted )

New comment waiting approval on therealwritewinger 

 Redacted commented on **Victory for the Tyrant Registry!**

> A statement regarding our victory in Doe Publius and Derek Hoskins v. California Legislative Counsel Diane Boyer-Vine: First ...

Or you could post yours, I want to come over and talk.

Approve   Trash | Mark as Spam

**More information about John Nolan**

URL: Redacted
Email: Redacted @yahoo.com
Whois: Redacted (IP: Redacted )