EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
eugene.volokh@gmail.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE PUBLIUS and DEREK HOSKINS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California,<br><br>　　　　　　Defendant. | Case No.: 1:16-CV-01152-LJO-SKO<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY** |

1    Plaintiffs have demonstrated that Plaintiff Doe Publius' need for anonymity outweighs the
2    prejudice to Defendant and the public interest in knowing Doe Publius' identity.
3        IT IS THEREFORE ORDERED that Plaintiff Doe Publius' request to proceed
4    pseudonymously is GRANTED.

Date: _____                _____
                                                                           UNITED STATES DISTRICT JUDGE