## CERTIFICATE OF SERVICE
Case No. 1:16-CV-01152-LJO-SKO

I hereby certify that on March 29, 2017, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

1. **NOTICE OF REQUEST AND REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY**
2. **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED ANONYMOUSLY**
3. **DECLARATION OF STEPHEN M. DUVERNAY IN SUPPORT OF REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY**
4. **DECLARATION OF DOE PUBLIUS IN SUPPORT OF REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY**
5. **[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO ALLOW PLAINTIFF DOE PUBLIUS TO PROCEED PSEUDONYMOUSLY**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/* Kelly Rosenbery_____