# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE PUBLIUS and DEREK HOSKINS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DIANE F. BOYER-VINE, in her official capacity as Legislative Counsel of California,<br><br>　　　　　　　　Defendant. | Case No.: 1:16-CV-01152-LJO-SKO<br><br>**STIPULATED JUDGMENT**<br><br><br>Hearing Date: None<br>Judge: Hon. Lawrence J. O'Neill<br>Courtroom: 4, Seventh Floor<br><br>Action Filed: Aug. 5, 2016 |

Based upon the Joint Stipulation for Entry of Stipulated Judgment filed by Plaintiffs Doe Publius and Derek Hoskins and Defendant Diane F. Boyer-Vine, in her official capacity as Legislative Counsel of California, it is hereby ORDERED that the Joint Stipulation for Entry of Stipulated Judgment is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.　Defendant Boyer-Vine, in her official capacity as Legislative Counsel of California, together with her successors, officers, employees, attorneys, agents, and representatives, is permanently restrained and enjoined from applying or enforcing California Government Code

section 6254.21(c), as formulated as of the date of this Judgment, against Plaintiffs Doe Publius (as the pseudonym for the blogger "The Real Write Winger") and Hoskins.

2. Plaintiffs are entitled to recover their costs and attorneys' fees from Defendant. The Court shall retain jurisdiction over this action for the purpose of entertaining a motion by Plaintiffs for an award of costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988 and any other applicable law in the event that the parties are unable to reach an agreement on the appropriate amount of costs and attorneys' fees.

IT IS SO ORDERED.

Dated: **August 9, 2017**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE